**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| LAYNE E. LOCKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-cv-50161 |
| vs. ) | |
| ) | |
| BERNER FOOD & BEVERAGE, LLC, ) | |
| ) | |
| Defendants. ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LAYNE E. LOCKE, and the Defendant, BERNER FOOD & BEVERAGE LLC, that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: 9/10/19                                                                      Respectfully Submitted,

| **LAYNE E. LOCKE** | **BERNER FOOD & BEVERAGE, LLC** |
|---|---|
| */s/ Mohit Khare* | /s/ *Stacey L. Smiricky* |
| Mohit Khare | Stacey L. Smiricky |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | Faegre Baker Daniels LLP |
| 6833 Stalter Drive | 311 S. Wacker Drive, Suite 4300 |
| Rockford, IL 61108 | Chicago, IL 60606 |
| Email: mkhare@bslbv.com | Email: stacey.smiricky@faegrebd.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mohit Khare<br>
Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>
6833 Stalter Drive<br>
Rockford, IL, 61108<br>
815-962-6611<br>
mkhare@bslbv.com

            /s/ *Stacey L. Smiricky*
            Stacey L. Smiricky