**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Western Division**

Layne E. Locke

                                  Plaintiff,

v.                                                           Case No.: 3:19−cv−50161
                                                                  Honorable Philip G. Reinhard

Berner Food & Beverage, LLC

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 11, 2019:

       MINUTE entry before the Honorable Philip G. Reinhard: Pursuant to stipulation of parties, this case is dismissed with prejudice. Any pending motions are now moot and all court dates are stricken. Civil case terminated. Mailed notice(sb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.